SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>            Plaintiff,<br><br>      vs.<br><br><br>Charles N. Chi; et al,<br><br><br><br>            Defendants | Case No.: CIV.S 07-cv-02775-LEW-DAD<br><br>**STIPULATED DISMISSAL OF CHARLES N. CHI; MEI C. YE AND ORDER**<br><br>Complaint Filed: DECEMBER 21, 2007<br><br>**CASE TO BE REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Charles N. Chi; Mei C. Ye) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Charles N. Chi; Mei C. Ye) are dismissed because Defendants are not proper parties to this action.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: March 13, 2008 | /s/Scott N. Johnson_____ |
| 2 | | SCOTT N. JOHNSON<br>Plaintiff, In Pro Per |
| 3 | | |
| 4 | | |
| 5 | Dated:  March 18, 2008 | /s/Alan J. Gordee_____ |
| 6 | | ALAN J. GORDEE<br>Attorney for Defendants, |
| 7 | | PK I Northridge Plaza |
| 8 | | |

9  **IT IS SO ORDERED**.

10

11  Dated:   03/19/2008                    /s/ Ronald S. W. Lew_____
                                            HON. RONALD S. W. LEW
12

13

...

28

STIPULATED DISMISSAL and Proposed ORDER
CIV: S-07-02775-LEW-DAD

PDF created with pdfFactory trial version www.pdffactory.com