SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Charles N. Chi, et al,<br><br><br><br>　　　　Defendants | Case No.: CIV.S 07-cv-02775-LEW-DAD<br><br>**STIPULATION FOR DISMISSAL OF PK I NORTHRIDE PLAZA AND ORDER**<br><br>Complaint Filed: DECEMBER 21, 2007<br><br>**CASE TO BE REMAIN OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (PK I Northridge Plaza) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendant. Defendant (PK I Northridge Plaza) is dismissed because Plaintiff and Defendant have entered into a settlement agreement.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 26, 2008         /s/Scott N. Johnson
                              SCOTT N. JOHNSON
                              Plaintiff, In Pro Per

Dated: March 27, 2008         /s/Alan J. Gordee
                              ALAN J. GORDEE
                              Attorney for Defendant
                              PK I NORTHRIDGE PLAZA

**IT IS SO ORDERED**.

Dated: 04/02/2008

                              /s/ Ronald S. W. Lew
                              Senior U.S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com